UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 05-1204

RANDY ARTHUR BORNHEIMER,
Appellant

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE;
HARRY WILSON, Superintendent

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. Civ. No. 03-cv-00375)
District Judge: Honorable Sean J. McLaughlin

Submitted Under Third Circuit LAR 34.1(a)
April 14, 2006

Before: MCKEE, FUENTES AND NYGAARD, <u>CIRCUIT JUDGES</u>

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a). On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered on December 22, 2004, be, and the same is, hereby affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

DATED: May 19, 2006

Certified as a true copy and issued in lieu
of a formal mandate on  6/21/06

*Marcia M. Waldron*

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit